# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 4:21−bk−06099−SHG

MARK WADE MCCUNE  Chapter: 13
2131 N FRANNEA
TUCSON, AZ 85712
SSAN: xxx−xx−1167
EIN:

Debtor(s)

## NOTICE THAT DEBTOR MAY BE INELIGIBLE FOR DISCHARGE

The Court's electronic case filing system (ECF) automatically checks for prior cases filed by the same debtor. Notice is hereby given that one or both parties in the case captioned as, MARK WADE MCCUNE , received a discharge in a prior case within the time period specified under 11 U.S.C. §727(a)(8), §1328(f)(1) or §1328(f)(2). Accordingly, one or both Debtor(s) may not be eligible to receive a discharge in the present case.

If you believe you are entitled to receive a discharge, you must file a motion with the Court, setting forth the relevant facts, within fourteen (14) days of the date of this notice. Your motion will be reviewed by the court and the court will either issue an order or set the matter for hearing.

Absent a court order, when the case is ready to be closed it will be closed without entry of a discharge. If the Debtor(s) subsequently files a motion to reopen the case challenging closure without discharge, the Debtor(s) may be required to pay the filing fee for reopening the case.

Date: August 9, 2021

Address of the Bankruptcy Clerk's Office:  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue  George Prentice
Tucson, AZ 85701−1704
Telephone number:  (520) 202−7500
www.azb.uscourts.gov