# United States Bankruptcy Court

_____ District of __ARIZONA__

Oct/9/21

In re

[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]

__MARK . WADE . McCUNE__
Debtor

Case No. __21-06099__

Address __2131 N. FRANNEA__
__TUCSON AZ. 85712__

Chapter __13__

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): __1167__

Employer's Tax Identification (EIN) No(s).(if any): __—__

**OBJECT TO. JANEt SPEARS / WELLS FARGO / WESTERN PROGRESIVE claims**

## NOTICE OF OBJECTION TO CLAIM

__MARK WADE McCUNE__ has filed an objection to your claims in this bankruptcy case. **SEE ATTACHED DOCUMENTs**

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, then on or before __(date) Oct 15 2021__, you or your lawyer must:

{If required by local rule or court order.}

[File with the court a written response to the objection, explaining your position, at:

{address of the bankruptcy clerk's office}

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. __Oct 15 2021__

You must also send a copy to:

{objector's attorney's name and address} __MARK W. McCUNE__

{names and addresses of others to be served}]

Attend the hearing on the objection, scheduled to be held on (date), (year), at ___ a.m./p.m. in Courtroom ____, United States Bankruptcy Court, {address}.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Date: __Oct/9/2021__

Signature: __Mark McCune__
Name: __MARK W. McCUNE__
Address: __2131 N. FRANNEA__
__TUCSON AZ. 85712__
__520 358 0386__

PAGE 1

MARK W MCCUNE  PROPER
2131 N FRANNEA TUCSON AZ
85712   Oct 9   2021
PH 520 358 0386
tucson99az @yahoo.com

IN THE FEDERAL BANKRUPTCY COURT
IN THE STATE OF ARIZONA

CASE   bk  21  06099

RE , MARK WADE MCCUNE
         Debtor           NOTICE OF OBJECTION  To Janet Spears and Wells Fargo

Claim or debt  on 2131 n Frannea ,
and object to western progressive Claim and Nova  Claim or debt  on 2131 n Frannea

( Judge GAN )

1) I MARK WADE MCCUNE  Gives  NOTICE OF OBJECTION  To any Claim or Debt on 2131 n Frannea ,
 and Gives  NOTICE OF OBJECTION to Janet Spears is saying money is owed to Wells Fargo, i object to this , because Wells Fargo is not owned any debt or mortgage on 2131 n Frannea and i have a March 2018 Letter to prove this **see exhibit 2**

  Wells Fargo does not own any debt or purchased any debt on 2131 n Frannea Tucson Az 85712 ,
There are no documents anywhere in the court record showing Wells Fargo is owed anything
Furthermore the $54k heloc loan Exhibit janet Spears filed with the Court clearly shows on last page
that the $54k debt was owed to  GMAC Mortgage and no one else see **exhibit A**

 2 ) Mark Mccune owner of 2131 N Frannea Tucson Az , Sept 29  2021 filed written objections and
exhibits  in Federal Bankuptcy Court regarding  Western Progressives claim of  $178,031
     against 2131 N Frannea ,

3)   i obect to any Claims to Nova home loans  , because Nova  does not
own any debt or mortgage on 2131 n Frannea and i have a Jan 2020  Letter to prove this see
**exhibit B**
  i recieved this letter 3 days after Jan 3rd when 3 police officers question 9 nova employees for 2 hours Nova finally admitted in Jan 6th letter ,that Nova does not own any debt  on 2131 n Frannea Tucson Az ,,
Nova  was wrong to file a $100,000 deed of trust  April 1st 2016 which was 10 years after my mother died , claiming my mother owed $100,000 , when she had been dead for 10 years , and Yet Nova has refused to remove this bogus $100,000 debt from the Pima county records and now western progresive is trying to Forclose on me for $178,031  ,



4) I mark wade mccune have been trying to find who is asking for money these past weeks and how much they are asking for , i have been calling the Bankruptcy court in phoenix aprox every 7 - 10 days or so
trying to stay up to date    it is near Oct 15th and i Object to any claims of any one  saying they own any Debt on 2131 n Frannea Tucson Az 85712  3bd 2ba House ,

Inconclusion I mark wade mccune
OBJECT To any Claim or Debt on 2131 n Frannea,
Janet Spears is saying money is owed to Wells Fargo , i obect to this , because Wells Fargo is not
 owed any debt or mortgage on 2131 n Frannea and i have a March 2018 Letter to prove this
   see **exhibit 2**
   Wells Fargo does not own any debt or purchased any debt on 2131 n Frannea
and i object to anyone else owning any debt  on 2131 n Frannea ,

MARK WADE MCCUNE    Oct 9th 2021

*[signature: Mark McCune]*
*Oct 9 2021*

**EXHIBIT A**     **EXHIBIT A**     **EXHIBIT A**

Data ID:

By signing below, you agree to the terms of this Agreement. You also acknowledge and agree that you received a completed copy of this Agreement.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____(Seal)
LOIS A. KNOTT  -Borrower

_____(Seal)
-Borrower

_____(Seal)
-Borrower

_____(Seal)
-Borrower

_____(Seal)
-Borrower

_____(Seal)
-Borrower

[Sign Original Only]

PAY TO THE ORDER OF

WITHOUT RECOURSE
GMAC MORTGAGE CORPORATION

_____
K. Doherty
Limited Signing Officer



ARIZONA HELOC AGREEMENT 9/01
© 2002 Middleberg, Riddle & Gianna

Page 7 of 7

Form Filed Using *DocMagic*
800-649-1362 www.docmagic.com







Exhibit
No Mortgage
B

March 02, 2018

Mark McCune
2131 N. Frannea Drive
Tucson, AZ 85712

Subject: Response to your requests

Dear Mark McCune:

Thank you for the opportunity to address your requests you mentioned during your telephone conversations with our offices. We've carefully researched these matters and are providing you with a response.

In your inquiry, you expressed the following requests:

- Mortgage inquiry
- Application inquiry

Please find our response to your requests outlined below.

Mortgage inquiry

In your inquiry, you requested a letter in writing stating you do not have an existing mortgage with Wells Fargo on the property located at 2131 N. Frannea Tucson, AZ 85712.

Based on the information you provided, we were unable to locate a mortgage account associated with the property address listed above.

Application inquiry

In your inquiry, you requested to know if you had any applications for your current property. We were unable to locate any current applications for the property located at 2131 N. Frannea Tucson, AZ 85712.

Going forward

Thank you for your patience while we researched your requests. We value your feedback and appreciate the time and effort you took to contact us. It's been my goal to fully address the requests you've brought to our attention.

If you have any questions, I'm here to help. You may reach me directly at 1-800-853-8516, extension 1335620979. I am available to assist you Monday through Friday, 8:00 a.m. to 5:00 p.m. Central Time. If you require immediate assistance and I am unavailable, other representatives are available to assist you at 1-800-853-8516, Monday through Friday, 7:00 a.m. to 7:00 p.m. Central Time.

Sincerely,

Grace Jordan
Executive Resolution Specialist
Customer Care and Recovery Group

KNG/co6200802/clHA

------ Forwarded Message ------
From: Robert Garcia <rgarcia@farhangmedcoff.com>
To: tucson99az@yahoo.com <tucson99az@yahoo.com>
Cc: Deanna L. Thompson <dthompson@farhangmedcoff.com>
Sent: Monday, January 6, 2020, 9:16:42 AM PST
Subject: RE: M. McCune

**EXHIBIT 2**

Mr. McCune:

I've checked with Nova and it is willing to provide you the letter you requested (indicating that Nova does not have a security interest in the property at issue, it is not entitled to any monies in connection with same, and it does not have a right to/is not seeking to foreclose on the property) in exchange for a dismissal, with prejudice, of the lawsuit you filed recently against Nova in the District of Arizona.

If this is agreeable, please reply to this email and confirm as much. Please note that you are agreeing, via email/electronic means, to an enforceable contract (i.e., the letter in exchange for dismissal). Please call me if you would like to discuss further.

Best regards,

Robert C. Garcia | Partner
vCard | Profile
o: 520.214.2000 | d: 520.398.2205 | f: 520.214.2001
Tucson Office: 4801 E. Broadway Blvd., Suite 311 | Tucson, AZ 85711
Phoenix Location: 4021 N. 75th St., Suite 101 | Scottsdale, AZ 85251
farhangmedcoff.com

**FARHANG & MEDCOFF**
ATTORNEYS

From: Robert Garcia
Sent: Friday, January 3, 2020 4:58 PM
To: tucson99az@yahoo.com
Cc: Deanna L. Thompson <dthompson@farhangmedcoff.com>
Subject: M. McCune

Mr. McCune:

In follow up to our discussions earlier today, I followed up with my contacts at Nova in an effort to confirm whether Nova has an interest in the property at 2131 N. Frannea Drive, and to confirm whether Nova or anyone acting on its behalf is working toward foreclosing on the aforementioned property. I anticipate having a further response to you by noon on January 6, 2020. Have a nice weekend.

Best regards,

