| | |
|---|---|
| 1 | Janet M. Spears (SBN 023833)<br>jspears@aldridgepite.com |
| 2 | **ALDRIDGE PITE, LLP**<br>4375 Jutland Drive, Suite 200 |
| 3 | P.O. Box 17933<br>San Diego, CA 92177-0933 |
| 4 | Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 |
| 5 | |
| 6 | Attorneys for<br>Wells Fargo Bank, National Association, as |
| 7 | Indenture Trustee for GMACM HOME EQUITY<br>LOAN TRUST 2004-HE1 |

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>Mark Wade McCune,<br><br>Debtor. | Chapter 13<br><br>Case No. 4:21-bk-06099-SHG<br><br>**RESPONSE TO DEBTOR'S OBJECTION TO CLAIM**<br><br>**Claim No.: 4-1**<br>**Claimant: Wells Fargo Bank, National Association, as Indenture Trustee for GMACM HOME EQUITY LOAN TRUST 2004-HE1** |

Wells Fargo Bank, National Association, as Indenture Trustee for GMACM HOME EQUITY LOAN TRUST 2004-HE1 (hereinafter "Creditor"), secured creditor of the above-entitled debtor, Mark Wade McCune (hereinafter "Debtor"), hereby files its Response to Debtor's Objection to Claim No. 4.1. Creditor respectfully requests that the Court overrule the Objection on the grounds that Debtor has already litigated the same arguments and allegations set forth in his Objection.

**A.  STATEMENT OF FACTS.**

Debtor's Objection concerns real property located at 2131 N. Frannea Drive, Tucson, AZ 85712 ("Property"). In 2003, Debtor's mother Lois Knott took out a Home Equity Line of Credit ("HELOC") and Deed of Trust secured by the Property, which Knott borrowed the maximum prior to her death in 2006 ("Subject Loan"). Nova Financial & Investment Corporation is the original lender

named in the HELOC and Deed of Trust. The Subject Loan was subsequently transferred to Wells Fargo Bank, National Association, as Indenture Trustee for GMACM HOME EQUITY LOAN TRUST 2004-HE1. Creditor appointed Western Progressive – Arizona, Inc. ("Western Progressive") to serve as the substitute trustee under the subject Deed of Trust.

Monthly payments were made toward the HELOC from 2006 until 2011 when payments stopped. Upon information and belief, Debtor obtained title to the Property through a personal representative of Lois Knott's estate in 2011. In light of the default, the trust retained Western Progressive to schedule a trustee's sale.

**B.  LEGAL ANALYSIS.**

Debtor cannot support an Objection to the claim simply by pretending there is no loan. Debtor's Exhibit B is a letter from Wells Fargo, apparently in response to an inquiry from Debtor. The letter says in pertinent part "… [b]ased on the information you [Debtor] provided, we were unable to locate a mortgage account associated with the property address listed above." Technically, this is correct because Wells Fargo serves as trustee of the trust that holds a loan on the Property. Notably, the letter does not say there is *no loan*.

**1.  <u>Debtor Previously Litigated His Claims</u>.**

Since September 2016 Debtor has been making the same arguments that the Creditor does not have a lien on the Property. To date, no court has adopted any of Debtor's arguments and all of his actions have been dismissed. The following is a summary of the separate litigation that undersigned counsel is aware of filed by Debtor concerning a trustee's sale of the Property at issue:

- Arizona Federal District Court Case No. 4:19-cv-00525 (McCune v. PHH Mortgage): This action raises essentially identical arguments and allegations. The federal court presiding over this case denied Debtor's motion for a preliminary injunction and then issued an order dismissing this action *with prejudice.* Debtor appealed the order denying his motion for preliminary injunction, and the Ninth Circuit Court of Appeals affirmed the District Court's ruling.
- Arizona Federal District Court Case No. 4:19-cv-00600 (McCune v. Nova): This action was reassigned to be heard by the same court presiding over 4:19-cv-00525

(above) because it involves essentially identical issues, parties and real property.

- Arizona Federal District Court Case No. 4:19-cv-00589 (Bankruptcy Appeal): This matter involves an appeal of the dismissal of a second adversary proceeding filed in a bankruptcy, and the court affirmed the dismissal of the adversary proceeding by the Bankruptcy Court.
- Pima County Superior Court Case No. C20195500 (McCune v. PHH Mortgage; Western Progressive-Arizona, Inc., and Nova Home Loans): In this action, Appellant sought an injunction to stop the pending trustee's sale. The case was ultimately dismissed *without prejudice* and the injunctive relief requested in that case was dissolved. After that, Defendant appealed the dismissal and on February 12, 2021 the Arizona Court of Appeals affirmed the trial court's denial of the injunction and stated that "[t]he Note, held by non-party Wells Fargo Bank, N.A., was and remains secured by a deed of trust on the property." (See **Exhibit A**, Arizona Court of Appeals Memorandum Decision, p. 2, ¶ 2).
- United States Bankruptcy Court for the District of Arizona Case No. 4:18-bk-00838-SHG.
- United States Bankruptcy Court for the District of Arizona Adversary Proceeding Case No. 4:19-ap-00273-SHG.
- United States Bankruptcy Court for the District of Arizona Adversary Proceeding Case No. 4:19-ap-00388-SHG.

In Arizona, res judicata and collateral estoppel bar a litigant from multiple "bites at the apple" *See Circle K Corp. v. Industrial Com'n of Arizona*, 179 Ariz. 422, 425, 880 P.2d 642, 645 (Ariz. Ct. App. 1993) (defining claim preclusion and issue preclusion). Claim preclusion occurs when a party has brought an action and a final valid judgment is entered after adjudication. *Id.* "Issue preclusion" occurs when the issue to be litigated was actually litigated in a prior proceeding. *Id.* Debtor has made variations of the argument that PHH (or other entities) do not "own" or do not have the right to enforce the Subject Loan. Accordingly, Debtor is precluded from raising the same meritless arguments in his second bankruptcy case.

**C. CONCLUSION.**

Based on the foregoing, the issues raised in Debtor's Objection were adjudicated through the various actions listed above and the Creditor was found to have a valid lien on the Subject Property. Accordingly, Creditor respectfully requests that the Court overrule Debtor's Objection to Claim 4-1.

Respectfully submitted,

Dated: November 4, 2021          ALDRIDGE PITE, LLP


By: */s/ Janet M. Spears*
JANET M. SPEARS (SBN 023833)
Attorneys for Wells Fargo Bank, National Association, as Indenture Trustee for GMACM HOME EQUITY LOAN TRUST 2004-HE1

Janet M. Spears (SBN 023833)
jspears@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Movant
Wells Fargo Bank, National Association, as
Indenture Trustee for GMACM HOME EQUITY
LOAN TRUST 2004-HE1

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>Mark Wade McCune,<br><br>Debtor. | Chapter 13<br><br>Case No. 4:21-bk-06099-SHG<br><br>**PROOF OF SERVICE** |

I, McKenna Klassen, declare that:

I am employed by Aldridge Pite, LLP. My business address is 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On November 4, 2021, I caused the following documents:

- **Response to Debtor's Objection to Claim No. 4.1**

to be served in said cause by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California and/or via electronic means pursuant to Local Bankruptcy Rule 5005-2 as follows:

/./././

-1-  Case No. 4:21-bk-06099-SHG
**PROOF OF SERVICE**

| | |
|---|---|
| 1 | Mark Wade McCune |
| 2 | 2131 N FRANNEA<br>TUCSON, AZ 85712<br>(Via U.S. Mail) |
| 3 | U.S. Trustee |
| 4 | Dianne C. Kerns<br>31 N. 6th Avenue # 105-152 |
| 5 | Tucson, AZ 85701<br>mail@dcktrustee.com |
| 6 | (Via ECF Notification) |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 4, 2021         /s/ *McKenna Klassen*
                                MCKENNA KLASSEN