# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970–4 | User: admin | Date Created: 6/1/2023 |
| Case: 4:21–bk–06099–SHG | Form ID: pdf001 | Total: 26 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr    PHH Mortgage Corporation
cr    WELLS FARGO BANK, NATIONAL ASSOCIATION
cr    Wells Fargo Bank, National Association, as Indenture Trustee for GMACM HOME EQUITY LOAN TRUST 2004–HE1
                                                                                            TOTAL: 3

**Recipients of Notice of Electronic Filing:**
tr    STANLEY J KARTCHNER         trustee@aztrustee.com
aty   Eric Levy, I                eric.levy@pcao.pima.gov
aty   JANET MARIE SPEARS          ecfazb@aldridgepite.com
aty   JANET MARIE SPEARS          ecfazb@aldridgepite.com
aty   JOSEPHINE 1 SALMON          ecfazb@aldridgepite.com
aty   KRISTIN E MCDONALD          kmcdonald@alaw.net
                                                                                            TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          MARK WADE MCCUNE      2131 N FRANNEA      TUCSON, AZ 85712
cr          PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541
cr          PIMA COUNTY ATTORNEY    32 NORTH STONE AVENUE    SUITE 2100    TUCSON, AZ 85701
cr          ARIZONA DEPARTMENT OF REVENUE    Office of the Arizona Attorney General    c/o Tax, Bankruptcy and Collection Sct    2005 N Central Ave, Suite 100    Phoenix, AZ 85004
cr          PHH MORTGAGE CORPORATION    PO Box 24605    West Palm Beach, FL 33416
16514013    ARIZONA DEPARTMENT OF REVENUE    c/o Tax, Bankruptcy and Coll    2005 N Central Ave, Suite 100    Phoenix, AZ 85004–1592
16512507    NOVA HOME LOANS    CORPORATE HEADQUARTERS    ATTENTION LEGAL DEPT ,    6245 E BROADWAY #400    TUCSON AZ 85712
16542368    NOVA HOME LOANS    CORPORATE HEADQUARTERS    ATTENTION LEGAL DEPT I    6245 E BROADWAY #400    TUCSON AZ 85712
16548699    PHH Mortgage Corporation    c/o Aldridge Pite, LLP    4375 Jutland Drive, Suite 200    P.O. Box 17933    San Diego, CA 92177–0933
16550882    PIMA COUNTY    c/o PIMA COUNTY ATTORNEY'S OFFICE    32 N. STONE AVENUE, SUITE 2100    TUCSON, AZ 85701
16512672    PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541
16542366    TUCSON ELECTRIC POWER    ( LEGAL DEPT )    88 E BROADWAY BLVD    TUCSON AZ
16560239    Tucson Electric Power Company    88 E. Broadway    HQE910    88 E. Broadway, HQE910    Tucson, AZ 85701
16512508    WELLS FARGO BANK    CORPORATE HEADQUARTERS    ATTENTION LEGAL DEPT.    420 MONTGOMERY STREET    SAN FRANCISCO CA 94104
16542369    WELLS FARGO BANK    CORPORATE HEADQUARTERS    ATTENTION LEGAL DEPT.    420 MONTGOMERY STREET    SAN FRANCISCO CA 94104
16542367    WESTERN PROGRESSIVE ARIZONA , INC    ( LEGAL DEPT)    NORTHPARK TOWN CENTER    1000 ABERNATHY RD NE BLDG 400 SUITE 200    ATLANTA, GA 30328
16561124    Wells Fargo Bank, National Association    Attn: Bankruptcy Department    PO Box 24605    West Palm Beach, FL 33416–4605
                                                                                            TOTAL: 17