# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re | Chapter |
| | Case No. |
| | Adv. No. |
| Debtor(s) | BAP No. |

Appellant(s)

v.

**MEMO TO BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT RE: STATUS OF CERTIFICATE OF READINESS**

Appellee(s)

TO:    Clerk, US Bankruptcy Appellate Panel of the Ninth Circuit, 125 S. Grand Ave, Pasadena, CA 91105

Please be advised that as of date:

The Designation of Record is on file.
The Designation of Record is not on file.

The Statement of Issues is on file.
The Statement of Issues is not on file.

A transcript has been designated and the reporters transcript is on file.
A transcript has been designated and the reporters transcript is not on file.

A transcript has been designated and the designating party has filed a request for transcript.
A transcript has been designated and the designating party has not filed a request for transcript.

Other:

Dated:

Khadijia White-Thomas, Clerk of Court

By: _____
Deputy Clerk

MARK MCCUNE PROPER
2131 N FRANNEA
Tucson, AZ 85712
Telephone  520 358 0386
August 4th      2023
tucson99az@yahoo.com

IN RE: MARK WADE MCCUNE
 Debtor
LAST FOUR OF SOC 1167

FILED USBC CLRK TUC
2023 AUG 7 PM 3:36

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA
CH 7    CASE NO. 4 21-b k -06099- SHG

# EMERGENCY MOTION TO FILE  in Forma Pauperis
# For Appeal Filed  in BAP Court Case no. AZ - 23 - 1094
# Re   May 19  2023 order   Lifting of Automatic Stay ,

Judge Gan

Debtor Mark McCune
EMERGENCY MOTIONS The Bankruptcy court To  Waive the $298 Filing Fee
For  Mark McCune
    TO FILE  **in Forma Pauperis**    For the  Appeal Filed  to BAP Court **Case no. AZ - 23 - 1094**
    Regarding  May 19  2023  Written Order of Lifting of Automatic Stay
    on   The Property  known as  2131 n Frannea Dr. Tucson  Az 85712 ,

## MEMORANDUM

Mark McCune Converted to Ch 7 May 30th 2023
and has Severe Medical and Financial issues limiting his Ability to
Pay the $298  Appeal Filing Fee  ,
i am in a Ch 7 Bankruptcy  and Eligible for a Fee Waiver
due to my Poverty Status and the Fact im on Food Stamps
i have attached the proof of this in my Exhibits and i am Asking the Bankruptcy Court  to Waive the
$298 dollar Filing Fee ,
for my Appeal in Bap Court  Case number

 i am making this Emergency  motion because
i do not currently have the Cash / Funds to Pay for the $298 Appeal Costs
so i am Filing this Motion  ,  and Filing the Exhibits Proving i do not have
the income  and i have Suffered Severe Medical issues that have prevented me from
a proper income  to pay for things ,
I have had  a Heart Attack in 2021 /   30 to 40  blood clots in both  my lungs and right leg
Type 2 Diabetes  and Covid and recently the Doctors  have found I have Stage 2 to 3 Liver Disease
 These Medical issues have made it incredibly difficult to earn a income  ,
 **Attached Exhibits:**
1)   Ch 7 Application For Waiver of Fees
2 )  July 28th 2023  2 page   Bap Appeal Deficient Letter  order demanding payment for
Appeal  Case no. AZ - 23 - 1094
3 )   Medical exhibits  Proof of Medical problems4
4 )  Proof of  Arizona  Food Stamp Help  Exhibits ,
 I hope and pray the Court will Approve this motion and Waive the $298 Appeal fee for Case
Case no. AZ - 23 – 1094 BAP                    Thank you Mark McCune              page 1

Case 4:21-bk-06099-SHG    Doc 197   Filed 08/07/23    Entered 08/07/23 15:57:23    Desc
Main Document      Page 2 of 22

4 Certificate of Service
Mark W , McCune
2131 N FRANNEA
Tucson, AZ 85712
Telephone  520 358 0386
tucson99az @yahoo.com
Aug 4th    2023

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

IN RE: MARK WADE MCCUNE

Debtor    LAST FOUR OF SOC 1167                    CASE NO. 4 21 - b k -06099 - SHG
 PLAINTIFF : MARK
MCCUNE DEBTOR
 VS.
 DEFENDANTS :
1 , Josephine E. Salmon  of  Aldridge Pite LLP

and 4375 Jutland Dr. CA. San Diego CA. 92117        ## Certificate of Service


PH 858 750 7600  there  Attorney is Janet M. Spears


.........


THANK YOU   MARK MCCUNE  PRO PER   on    Aug 7th st th    2023   ...................................
Proof of Service and Certificate of service to Defendants attorney ,
I mark mccune mailed  and or Emailed these  Document /s   to :        Mark McCune   august 7th      2023

1 ) To The Attorney for Creditor
Aldrige Pite LLP ,
Janet m Spears  jspears@aldrigepite.com  email is not working btw
and or  Josephine E. Salmon  jsalmon@ aldridgepite.com
4375 Jutland Drive , Suite 200
p.o. box 17933  Sandiego CA  92177 - 0933
Telelphone 858 750 7600 Facsimile 619 590
1385
 10 Trudy  nowak current  ch 7 trustee          trustee@tanowak.com
2 )   and To   Ch 7 Trustee

3 )  Solomon krotzer     skrotzer@houser-law.com

Page  1

*EXHIBIT 1*

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Mark | Wade | McCune |
| | First Name | Middle Name | Last Name |
| Debtor 2 | na | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Arizona

Case number: 4 21 bk 06099
(If known)

☐ Check if this is an amended filing

## Official Form 103B

# Application to Have the Chapter 7 Filing Fee Waived

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Tell the Court About Your Family and Your Family's Income |
|---|---|

**1. What is the size of your family?**

*Your family* includes you, your spouse, and any dependents listed on *Schedule J: Your Expenses* (Official Form 106J).

*Check all that apply:*

☑ You
☐ Your spouse
☐ Your dependents    none
                     How many dependents?        Total number of people

**2. Fill in your family's average monthly income.**

Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

Do not include your spouse's income if you are separated and your spouse is not filing with you.

Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

If you have already filled out *Schedule I: Your Income,* see line 10 of that schedule.

Subtract any non-cash governmental assistance that you included above.

|  | | That person's average monthly net income (take-home pay) |
|---|---|---|
| You .................. | $ | 195.00 |
| Your spouse .... + | $ | |
| Subtotal............. | $ | 195.00 |
| — | $ | |
| Total................ | $ | 195.00 |

**Your family's average monthly net income**

**3. Do you receive non-cash governmental assistance?**

☐ No
☑ Yes. Describe............

Type of assistance

Food Stamps from State of Arizona $195

**4. Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**

☑ No
☐ Yes. Explain. ............

**5. Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.

i do not have any money coming in now and do not have any income except for food stamps  i have severe medical issues preventing me from working heart and liver and diabetes issues

## Part 2:   Tell the Court About Your Monthly Expenses

**6. Estimate your average monthly expenses.**
Include amounts paid by any government assistance that you reported on line 2.

$ _____ 195.00

If you have already filled out *Schedule J, Your Expenses,* copy line 22 from that form.

**7. Do these expenses cover anyone who is not included in your family as reported in line 1?**

☑ No
☐ Yes. Identify who........

**8. Does anyone other than you regularly pay any of these expenses?**
If you have already filled out *Schedule I: Your Income,* copy the total from line 11.

☑ No
☐ Yes. How much do you regularly receive as contributions? $ _____ monthly

**9. Do you expect your average monthly expenses to increase or decrease by more than 10% during the next 6 months?**

☑ No
☐ Yes. Explain .............

## Part 3:   Tell the Court About Your Property

If you have already filled out *Schedule A/B: Property (Official Form 106A/B)* attach copies to this application and go to Part 4.

**10. How much cash do you have?**
*Examples:* Money you have in your wallet, in your home, and on hand when you file your application

Cash:    $ _____ 22.00

**11. Bank accounts and other deposits of money?**
*Examples:* Checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, and other similar institutions. If you have more than one account with the same institution, list each. Do not include 401(k) and IRA accounts.

| | Institution name: | Amount: |
|---|---|---|
| Checking account: | Vantage West | $ 22.00 |
| Savings account: | | $ 2.00 |
| Other financial accounts: | | $ |
| Other financial accounts: | | $ |

**12. Your home?** (if you own it outright or are purchasing it)
*Examples:* House, condominium, manufactured home, or mobile home

2131 n Frannea    sold off june 28th
Number   Street
Tucson      Az   85712
City      State    ZIP Code

Current value:   $ 0.00
Amount you owe on mortgage and liens:   $ 0.00

**13. Other real estate?**

na
Number   Street

_____
City      State    ZIP Code

Current value:   $ _____
Amount you owe on mortgage and liens:   $ _____

**14. The vehicles you own?**
*Examples:* Cars, vans, trucks, sports utility vehicles, motorcycles, tractors, boats

Make:   na
Model: _____
Year: _____
Mileage _____

Make: _____
Model: _____
Year: _____
Mileage _____

Current value:   $ 0.00
Amount you owe on liens:   $ _____

Current value:   $ _____
Amount you owe on liens:   $ _____

**15. Other assets?**

Do not include household items and clothing.

**Describe the other assets:**

Current value: $ _____ 0.00
Amount you owe on liens: $ _____ 0.00

**16. Money or property due you?**

*Examples:* Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, workers' compensation, personal injury recovery

**Who owes you the money or property?**

na _____

**How much is owed?**

$ _____
$ _____

**Do you believe you will likely receive payment in the next 180 days?**

☑ No
☐ Yes. Explain:

---

**Part 4:**    **Answer These Additional Questions**

**17. Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?**

☑ No
☐ Yes. **Whom did you pay?** *Check all that apply:*
   ☐ An attorney
   ☐ A bankruptcy petition preparer, paralegal, or typing service
   ☐ Someone else _____

**How much did you pay?**

$ _____ 0.00

**18. Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?**

☑ No
☐ Yes. **Whom do you expect to pay?** *Check all that apply:*
   ☐ An attorney
   ☐ A bankruptcy petition preparer, paralegal, or typing service
   ☐ Someone else _____

**How much do you expect to pay?**

$ _____ 0.00

**19. Has anyone paid someone on your behalf for services for this case?**

☑ No
☐ Yes. **Who was paid on your behalf?**
*Check all that apply:*
   ☐ An attorney
   ☐ A bankruptcy petition preparer, paralegal, or typing service
   ☐ Someone else _____

**Who paid?**
*Check all that apply:*
   ☐ Parent
   ☐ Brother or sister
   ☐ Friend
   ☐ Pastor or clergy
   ☐ Someone else

**How much did someone else pay?**

$ _____ 0.00

**20. Have you filed for bankruptcy within the last 8 years?**

☐ No
☑ Yes. District Arizona    When 01/30/2018    Case number 4:18-bk-00838-SHG
                                 MM/ DD/ YYYY

District _____    When _____    Case number _____
                                   MM/ DD/ YYYY

District _____    When _____    Case number _____
                                   MM/ DD/ YYYY

---

**Part 5:**    **Sign Below**

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

✗ Mark Wade McCune _____      ✗ _____

Signature of Debtor 1                          Signature of Debtor 2

Date *8 7 2023*                      Date _____
     MM / DD / YYYY                                  MM / DD / YYYY

*Mark McCune*

Debtor 1   Mark        Wade        McCune
           First Name  Middle Name Last Name

Debtor 2   na
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of Arizona

Case number  4 21 bk 06099
(If known)

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B), the court orders that the application is:

[ ] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

[ ] **Denied.** The debtor must pay the filing fee according to the following terms:

| You must pay… | On or before this date… |
|---|---|
| $ _____ | _____ Month / day / year |
| $ _____ | _____ Month / day / year |
| $ _____ | _____ Month / day / year |
| + $ _____ | _____ Month / day / year |
| Total _____ | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

[ ] **Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____ at _____ AM / PM at _____ .
   Month / day / year                              Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

By the court: _____
_____                United States Bankruptcy Judge

3

*ExHiBit 2*

# U.S. Bankruptcy Appellate Panel
## of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

**To:** Mark Wade McCune
2131 N. Frannea
Tucson, AZ 85712

**Date:** July 28, 2023

**Case Name:** MARK WADE MCCUNE

**BAP No:** AZ-23-1094

**Bankruptcy No:** 4:21-bk-06099-SHG

**Adversary No:**

**Subject: NOTICE OF DEFICIENT APPEAL AND IMPENDING DISMISSAL**

YOU MUST FILE A RESPONSE TO THIS NOTICE WITH THE BAP CLERK'S OFFICE WITHIN FOURTEEN DAYS OR YOUR APPEAL MAY BE DISMISSED FOR LACK OF PROSECUTION.

A review of the documents in this appeal reveals a deficiency which could result in dismissal. This appeal appears to be defective for the following reasons:

LACK OF PROSECUTION BY THE APPELLANT

It appears that the Appellant has failed to:

- Pay the filing and docketing fees [28 U.S.C. Sec. 1930(b) and (c)].

For all types of deficiencies other than failure to file transcript(s), when you respond to this notice of deficient appeal, your response must state when you filed in the bankruptcy court the missing items.

\* \* \*

Therefore, this appeal may be **DISMISSED** unless, within **FOURTEEN (14) days** of this notice, the Appellant provides an adequate legal explanation as to why the appeal should not be dismissed. Any legal explanation should discuss why the Panel should or should not impose alternative sanctions to dismissal and the relative culpability between the Appellant and his or her attorney. All responses should include proof of service on opposing counsel or parties if not represented by counsel.

**cc:** All other parties

Please review your health issues and verify that the list is up to date. **Call 911 if you have an emergency.**

*EXHIBIT 3*

# Blood clots in lungs
Added 3/10/2021
ⓘ Learn more

 Remove

# DVT, lower extremity, distal, acute, right
Added 3/15/2021
ⓘ Learn more

 Remove

# PAF (paroxysmal atrial fibrillation) (HCC), due to PE
Added 3/15/2021
ⓘ Learn more

🗑 Remove

# Morbid obesity
Added 3/15/2021

 Learn more

 Remove

# Eosinophilia
Added 3/23/2021

 Learn more

Remove

# Type 2 diabetes mellitus without complication, without long-term current use of insulin
Added 3/31/2021

 Learn more

Remove

7

# Atrial fibrillation (irregular heartbeat)
Added 3/15/2021

# ESTIMATED AVERAGE GLUCOSE (eAG)

Your Value
**123**

Standard Range
*Not Established*

If the presence of a hemoglobin variant is suspected, do not use %
HbA1c results for diagnosis of diabetes mellitus.

In uncontrolled diabetics, high levels of Hemoglobin F (Hb F) may be
present. Presence of Hb F greater than 7% of total may result in lower
than expected % HbA1c.

Any cause that shortens erythrocyte survival or decreases mean
erythrocyte age may reduce expected %
HbA1c values even in the presence

# metFORMIN 500 MG tablet



Commonly known as: GLUCOPHAGE

ⓘ Learn more

TAKE 1 TABLET BY MOUTH WITH
BREAKFAST AND DINNER. WITH FOOD

3 refills before June 6, 2023

∨ Show details

 Request refill

 Remove

# ELIQUIS 5 MG tablet



Generic name: apixaban

ⓘ Learn more

Take 5 mg by mouth twice a day.

 This prescription cannot
be refilled through
MyChart at this time. ⓘ







Name: Mark Mccune
DOB: 2/18/1963, Age: 59

Shahid Habib, MD
P: (520) 382-5972
F: (520) 445-7727
5295 E Knight Drive
Tucson, AZ 85712
www.liverinstitutepllc.org

LIVER INSTITUTE PLLC

# Discharge Instructions

*MEDICAL EXHIBIT 3* (handwritten)

**PATIENT INFO**

Name: Mark Mccune

DOB: 2/18/1963, Age: 59

Gender: Male

Race/ethnicity: Caucasian

Date of first visit: 10/1/2022

Date of most recent visit: 2/22/2023

**DIAGNOSIS**

**Primary Diagnosis:** Chronic liver disease, multifactorial:   **Current Fibrosis Stage:** Advanced

**Present Complications:** None remarkable.

**RECOMMENDATIONS**

Your doctor has recommended the following:

**Treatment and Testing:**   *We will call to get you scheduled.* (handwritten)

| | |
|---|---|
| Follow-up appointment in | 2 Week after liver biopsy |
| Referral | None |
| Labs to be done **today** | None |
| Labs to be done prior to next visit | CBC, CMP, and INR |
| Medication **Additions** | Vitamin D3 2000 IU daily   *OTC* (handwritten) |
| Medications **Discontinuations** | None |
| Immunizations | 1. Hepatitis A<br>2. Hepatitis B |
| Abdominal imaging | 1. None |
| Endoscopy | 1. None |
| Biopsy/Pathology and others | 1. Percutaneous liver biopsy (at SJH) |

*LIVER BIOPSY* (handwritten)

**Lifestyle Changes:**

| | |
|---|---|
| Diet | 1. Regular healthy balanced diet (Low glycemic carbohydrate 55 %, Polyunsaturated (vegetarian) fat 30% and protein 15%). |
| Activity | 1. Encouraged improved activity as much as possible |
| Alcohol and Recreational Substances | None |

**Referral**

*11* (handwritten)



Name: Mark Mccune
DOB: 2/18/1963, Age: 59

Shahid Habib, MD
P: (520) 382-5972
F: (520) 445-7727
5295 E Knight Drive
Tucson, AZ 85712
www.liverinstitutepllc.org

**LIVER INSTITUTE** PLLC

If Dr. Habib has referred you to another provider and you do not hear from their office within a week, please reach out to their office directly to schedule an appointment.

PATIENT EDUCATION AND COUNSELING

The following aspects of care were addressed with patient and family. Medical literature/patient info provided and advised to visit other educational resources.

*MEDICAL EXHIBITS 4*

1. Major symptoms and related management.
2. Abnormalities related to liver disease.
3. Abnormalities related to gastrointestinal disease.
4. Liver disease process and its natural course.
5. Natural course of manifestations and disease process.
6. Prognosis of short and long term outcome including morbidity and mortality risk with and without treatment.
7. Further work to establish diagnosis

GENERAL DIRECTIONS AND INSTRUCTIONS

Please carefully and be prepared for the following

o  Your visit may take up to one hour or longer, please schedule accordingly.
o  It may take up to 15-30 minutes to complete registration and initial nursing evaluation before you see doctor or provider.
o  Please bring your updated insurance card with you every time
o  Your co-payment is due at the time of office visit.
o  Immunization charges are your responsibility, if you decide to get it done at our facility.
o  Please pay your remaining balance, if any, at the time of visit. We accept personal checks, credit card or cash.
o  Failure to pay remaining balance in due time may result in discontinuation of service.
o  Please bring all your medications or an updated list of the medications you take.
o  If you do not speak English, it is advised to bring a family member or an attendant, who is bilingual (your native language and English) to help and for better care.
o  Please visit our website to learn more about your disease evaluation and management process: www.liverinstitutepllc.org
o  Call us if you have any questions: 520-382-5972
o  Our staff is available to address urgent and important issues only, after office hours and over the weekend. You can reach the after-hours line through our main number, option 4.
o  Please share your concerns and experiences via email hhabib@liverinstitutepllc.org
o  Liver Institute is dedicated to providing you the best possible care.

*12*

**LIVER INSTITUTE** PLLC

MAY 30 2023 PROOF OF FOOD STAMPS
AND AHCCCS



$8

EXHiBiT

4



MED

iNS



DES

1  MARK MCCUNE PROPER

2131 N FRANNEA
Tucson, AZ 85712
Telephone  520 358 0386
August  4th    2023
tucson99az@yahoo.com



# IN THE UNITED STATES
## 9th  Circuit  BANKRUPTCY  Appellant Panel COURT

IN RE: MARK WADE MCCUNE          FOR THE DISTRICT OF ARIZONA

### CASE No.  Az  23 - 1094  BAP
CH  7

Debtor                                    By Way of          CASE NO. 4 21-b k -06099- SHG
LAST FOUR OF SOC 1167

## RESPONSE TO JULY 28  2023
## Deficient  Letter ,  28 USC 1930 b and c

Vs.

Defendant : Josephine Salmon
                                       Re      NOTICE OF APPEAL
            of May 2nd Hearing and May 19th 2023 written  Order  to Lift Automatic Stay

# Aug 4th 2023 ,  RESPONSE To July 28
# Deficient   Letter ,

i have Filed in the  Tucson Arizona  Bankruptcy Court

a Motion to Proceed   in Forma Pauperis   on Mon Aug  7th  2023 ,

See Attached Exhibits ,  i am asking the BAP court to not Dismiss my Case for lack

of Prosecution   because i am filing Emergency motion to file  in Forma Pauperis

with the Az Bankruptcy Court  and im Filing this 2 part motion

with the BAP case ,    CASE No.  Az  23 - 1094  BAP ,
to Stop the Dismissal of my case  ,

page 1

# NEW AUGUST 4th 2023 BAP Motion

## A ) Debtor   MARK MCCUNE   EMERGENCY MOTIONS

## For the BAP Appeal Court to Not Dismiss My Case   ,
### CASE No.  Az  23 - 1094  BAP

Please give me enough time to allow Bankruptcy court   to rule on my motion to proceed
   in Forma Pauperis  and or BAP Court rule that i have the Right to Proceed   in Forma Pauperis

 i  Do not have the Money to Pay the $298 Filing Fee
 so i am filing motion for  in Forma Pauperis
      For Appeal Filed   in
 May    2023 to Oppose Lifting of Automatic Stay
Regarding  the Order  of May 2nd Hearing and May 19th 2023 written   Order  to Lift Automatic Stay


## B  )  NEW AUGUST 4th 2023 BAP Motion

 MARK MCCUNE    EMERGENCY MOTION TO FILE  in Forma Pauperis
               For Appeal Filed  in BAP Court on
     May .  2023 to Oppose Lifting of Automatic Stay
  Regarding  the Order  of May 2nd Hearing and May 19th 2023 written   Order  to Lift Automatic Stay
 CASE No.  Az  23 - 1094  BAP  ,


 Debtor Mark McCune :  in the Event the Bankruptcy Court  Does not Waive my $298
  Filing Fee in time  i am
 EMERGENCY MOTIONS The BAP" Bankruptcy Appeal Panel court ,
 To  Waive the $298 Filing Fee
 For  Mark McCune
  TO FILE  in Forma Pauperis    For the  Appeal case  Filed  to BAP Court in
     May   2023 to Oppose the May 19th 2023  Order of Lifting of Automatic Stay
  of The Property  known as   2131 n Frannea Dr.  Tucson  Az 85712 ,

page  2

# MEMORANDUM

Mark McCune Converted to Ch 7 May 30th 2023
and has Severe Medical and Financial issues limiting his Ability to
Pay the $298 Appeal Filing Fee ,
i am in a Ch 7 Bankruptcy and Eligible for a Fee Waiver
due to my Poverty Status and the Fact im on Food Stamps
i have attached the proof of this in my Exhibits and i am Asking the
Bankruptcy Court
i am making this motion because
i do not currently have the Cash / Funds to Pay for the $298 Appeal Costs
so i am Filing this Motion , and Filing the Exhibits Proving i do not have
the income and i have Suffered Severe Medical issues that have prevented me from
a proper income to pay for things ,
I have had a Heart Attack in 2021 / 30 to 40 blood clots in both my lungs and right leg
Type 2 Diabetes and Covid and recently the Doctors have found I have Stage 2 to 3 Liver Disease
These Medical issues have made it incredibly difficult to earn a income ,

**Attached Exhibits:**
1) Ch 7 Application For Waiver of Fees
2 ) July 28th 2023 2 page Bap Appeal Deficient Letter order demanding payment for
Appeal Case no. AZ - 23 - 1094
3 ) Medical exhibits Proof of Medical problems4
4 ) Proof of Arizona Food Stamp Help Exhibits ,
I hope and pray the Court will Approve this motion and Waive the $298 Appeal fee for Case
Case no. AZ - 23 – 1094 BAP
Thank you Mark McCune                    page 1

Page 3

# NEW AUGUST 4th   Second Emergency  Motions  ,

**1 )  Second  EMERGENCY ,  MOTION  FOR Extension
of   Time of Opening Brief Due July 24th 2023**

**2 )  Second   EMERGENCY RE  MOTION  To Allow me to
to File Electronically thru pacer efile**

### MEMORANDUM

1 )   EMERGENCY MOTION  FOR Extension of  Time of Opening Brief Due July 24th

For  Extension time of 45 days till Sept 9th 2023     ,
i have been Overwhelmed by the Forcloser Sale of my house june 28th
and trying to deal with this  i have not been able to type all my paper work
and Opening brief  with all the things happening to me and  my house  ,
ive been Dealing with extra  Medical issues with my heart and Diabetes as well  ,

2 )   EMERGENCY MOTION  To Allow me to to File Electronically thru pacer efile
for my Bap case 23 1094
i need to File Electronically and im asking the court to allow me to do so
so im Filing this motion to do so ,

inconclusion i hope the Bap Court will Grant my 2 Emergency Motions
1  to Allow me  to  Extend time 45 days to finish my opening Brief  ,
from july 24th to Sept 9th  2023

2  And  To Allow me to to File Electronically thru pacer efile
for my Bap case 23 1094

Thank you Mark McCune  Aug 4th   2023

*Mark McCune*

Page  4

MARK W MCCUNE  PRO PER
2131 N FRANNEA
Aug 4th th   2023
Tucson, Arizona 85712
Telephone — (520) 358 0386
EMAIL tucson99az@yahoo.com

# IN THE UNITED STATES
## 9th  Circuit  BANKRUPTCY  Appellant Panel COURT

IN RE: MARK WADE MCCUNE                    FOR THE DISTRICT OF ARIZONA

## CASE No.  Az  23 - 1094  BAP
CH 7

Debtor                              By Way of      CASE NO. 4 21-b k -06099- SHG
LAST FOUR OF SOC 1167
Plaintiff : Mark McCune

   Vs.                              Re     NOTICE OF APPEAL

   Defendant s
JOSEPHINE SALMON

JANET SPEARS                              CERTIFICATE OF SERVICE
& ALDRIGE PITE

On  Aug  7 th 2023   mark mccune swears and Affirms
that he mailed and or Emailed these  Documents   on  Aug  7 th 2023
to the Following Partys          .

                                        Mark McCune  Aug  7th 2023

 1 ) Janet Spears  of  Aldrige Pite              jspears@aldridgepite.com

 2 ) Josephine Salmon of Aldrige Pite            jsalmon@ aldridgepite.com

 3 ) Aldrige Pite LLP                            customerservice@aldridgepite.com

 4 )  Solomon krotzer                            skrotzer@houser-law.com

  trustee@tanowak.com


                    page  1 of 1